**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **MARK JAY GUNELLS** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 5:14-CV-188 (MTT)** |
| | ) | |
| **CAROLYN COLVIN, Acting** | ) | |
| **Commissioner of Social Security** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ORDER

Before the Court is the Recommendation of Magistrate Judge Charles H. Weigle. (Doc. 21). The Magistrate Judge recommends affirming the Commissioner of Social Security's decision to deny Plaintiff Mark Jay Gunells's application for benefits. The Plaintiff has objected to the Recommendation, and the Commissioner has responded (Docs. 22, 23). The Court has reviewed the Recommendation and has made a de novo determination of the portions of the Recommendation to which the Plaintiff objects.[1] The Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is **ADOPTED** and made the order of this Court. Accordingly, the Commissioner's decision is **AFFIRMED**.

 **SO ORDERED**, this 17th day of September, 2015.

 S/ Marc T. Treadwell
 MARC T. TREADWELL, JUDGE
 UNITED STATES DISTRICT COURT

---

[1] The Court is satisfied that the ALJ's failure to explicitly assign weight to the opinions of the physicians is harmless error under *Winschel v. Comm'r of Soc. Sec.*, 631 F.3d 1176 (11th Cir. 2011). *See Denomme v. Comm'r of Soc. Sec.*, 518 F. App'x 875 (11th Cir. 2013).